AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:17-CR-00181-O |
| MICHELLE NICOLE DUNEGAN (01) | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHELLE NICOLE DUNEGAN

Date: 10/04/2017

//s// Kara L. Carreras
*Attorney's signature*

Kara L. Carreras 24028942
*Printed name and bar number*
2201 N. Collins Ste 170
Arlington Texas 76011

*Address*

Kara@tarrantdefense.com
*E-mail address*

(817) 795-9956
*Telephone number*

*FAX number*