IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 3 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| MICHELLE NICHOLE | § |
| DUNEGAN  (01) | § |

Criminal Action No. 4:17-CR-00181-O

## ORDER ON DEFENDANT'S MOTION TO
## MODIFY CONDITIONS OF PRETRIAL RELEASE

Came to be heard Defendant's Motion to Modify Conditions of Pretrial Release.  It is hereby

ordered and adjudged that the pretrial bond of Michelle Nichole Dunegan be:

Granted ___X___ AND Michelle Nichole Dunegan is allowed written and telephonic contact

with co-defendant, Ronald Robert Oliver. Defendant is further allowed to move to her residence

at 8412 E. La Prada #2060, Dallas, Texas.

Denied _____

_____
JUDGE