**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:17-CR-00181-O (1) |
| ) | |
| MICHELLE NICOLE DUNEGAN ) | |



*FILED NOV 13 2017 — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, Deputy*

## Report of Violation of Conditions of Pretrial Release

COMES NOW Lisa Evans, U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Michelle Nicole Dunegan, who was placed on pretrial release supervision by the Honorable United States Magistrate Judge, Jeffrey L. Cureton sitting in the court at Fort Worth, Texas, on July 27, 2017, under the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On October 30, 2017 at or about 9:51pm, United States Probation Officer (USPO) Lisa Evans received multiple NCIC hits on the defendant from Garland Police Department. USPO Evans subsequently made contact with arresting officer, Garland Police Department Officer, Kyle Holrath, who advised a traffic stop was initiated on the defendant due to a defective tail light. A review of NCIC indicated multiple warrants for the owner of the vehicle, Michelle Dunegan. Upon contact with the defendant, she was asked to provide her identification, in order to confirm she was in fact the owner of the vehicle. At that time, the defendant refused to provide her identification, inquiring why she had been stopped. She was then placed in handcuffs by Officer Holrath's partner, Officer Diaz. A driver's license was subsequently found in her purse and affirmatively identified the defendant. She was subsequently issued an in-custody citation (P5553350) charging her with Failing to Display Driver's License on Demand, a Class C Misdemeanor.

To date, all outstanding traffic warrants, as well as the above noted citation have been paid for.

The undersigned suggests to the court that no action be taken.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on November 6, 2017                     Approved,

s/Lisa Evans                                     s/Cecilio Bustamante
U.S. Probation Officer                           Supervising U.S. Probation Officer
Dallas                                           214-753-2506
214-753-2525
Fax: 214-753-2570

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Michelle Nicole Dunegan, of his/her conditions of pretrial release, the court ORDERS that:

- [x] No action be taken.

- [ ] The Order Setting Conditions of Release is modified to include the following:

- [ ] A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

- [ ] A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

- [ ] The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

- [ ] File under seal until further order of the Court.

Jeffrey L Cureton
U.S. Magistrate Judge

Date 11/13/17