

# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
## NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA )
)
v. )
)
MICHELLE NICHOLE DUNEGAN )
)

Case No. 4:17-CR-00181-O (1)
NORTHERN DISTRICT OF TEXAS
FILED
JAN 24 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## Report of Violation of Conditions of Pretrial Release

COMES NOW Lisa Evans, U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Michelle Nichole Dunegan, who was placed on pretrial release supervision by the Honorable United States Magistrate Judge Jeffrey L. Cureton sitting in the court at Fort Worth, Texas, on July 27, 2017, under the following conditions:

(7m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On January 8, 2018, the defendant reported to the United States Probation (U.S. Probation) Office located in Dallas, Texas, to submit to a randomly requested urine specimen as she has reached out to U.S. Probation Officer Lisa Evans the prior evening noting, she was unable to produce a specimen at the drug testing facility, Phoenix Associates Counseling. On January 16, 2018, this urinalysis returned a positive result for amphetamine. On January 12, 2018, the defendant submitted a subsequent urine specimen at Phoenix Associates Counseling and on January 19, 2018, the urinalysis results were received and yielded a positive result for amphetamine. Laboratory confirmation remains pending for both tests; however, the defendant reported to U.S. Probation Officer Lisa Evans on January 22, 2018, as instructed, where she freely and voluntarily admitted to the use of methamphetamine on or about January 8, 2018, by signing an Admission of Drug Use.

The defendant is pending sentencing before The Honorable United States District Judge Reed C. O'Connor on February 5, 2018.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on January 23, 2018                          Approved,

s/Lisa Evans                                          s/Cecilio Bustamante
U.S. Probation Officer                                Supervising U.S. Probation Officer
Dallas                                                214-753-2506
214-753-2525
Fax: 214-753-2570

Page 1 of 2

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Michelle Nichole Dunegan, of his/her conditions of pretrial release, the court ORDERS that:

- ☐ No action be taken.

- ☐ The Order Setting Conditions of Release is modified to include the following:

- ☑ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

- ☐ File under seal until further order of the Court.

_____
Jeffrey L. Cureton
U.S. Magistrate Judge

1/24/18
Date