CTO

# TRANSCRIPT ORDER

**AO-435 (Rev. 03/08)**
Administrative Office of the United States Courts
*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| Field | Entry |
|---|---|
| 1. NAME | Michelle Dunegan |
| 2. PHONE NUMBER | N/A |
| 3. DATE | 4/10/18 |
| 4. MAILING ADDRESS | P.O. Box 27137 FMC Carswell |
| 5. CITY | Ft. Worth |
| 6. STATE | TX |
| 7. ZIP CODE | 76127 |
| 8. CASE NUMBER | 4:17-CR-00181-O(1) |
| 9. JUDGE | O'Conor |
| 10. FROM | July 2017 |
| 11. TO | April 2018 |
| 12. CASE NAME | United States of America vs Michelle Dunegan |
| 13. CITY | Ft. Worth |
| 14. STATE | TX |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [x] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) Arraignment | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | Feb. 5 2018 | | |
| [x] BAIL HEARING | | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
1:10 pm
APR 30 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: Michelle [signature]
19. DATE: April 10, 2018

ESTIMATE TOTAL: 0.00

PROCESSED BY:
PHONE NUMBER:
TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |

| DEPOSIT PAID | | DEPOSIT PAID | |
|---|---|---|---|
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

RECEIVED
APR 30 2018
1:15 PM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To Whom it may concern:

I am needing the transcripts to case # 4:17-CR-00181-O(1). I've enclosed 3 copys of transcript order form and Aplication to proceed in Forma Pauperis, with 6 months transaction on my account. If I don't qualify for indegent please tell me how much it will cost to get the transcripts from my case.

*Michelle B.*

Name Michelle Dunegan
Reg. No. 55965-177
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔55965-177⇔
Us District Clerk
501 W 10TH ST
Rm 310
FORT Worth, TX 76102-3673
United States

