Michelle Dunegan

Reg. No. 55965-177

FMC, Carswell

P.O. Box 27137

Fort Worth, Tx, 76127

4:17-CR-181-O

RECEIVED
NOV 16 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dear honorable Judge Reed O'Connor

My name is Michael Dunegan and I am the father of Michelle Dunegan, a current inmate in Federal Prison she is serving a sentence for a drug related offence. The purpose of this letter is to petition that she be granted compassionate release in order to assist me with rehabilitaionand and recovery from the side effects witch have occurred after extensive and ongoing radiation and chemotherapy used in the treatment against the invasive cancers I have developed since her incarceration. My battle with cancer began in 2017 before Michelle was convicted of her crime the after care she provided during those stages of my treatment were instrumental in my successin beating throat cancer. The needs of a patient suffering from cancer and the debilitating condition the treatment leaves the body in is very cumbersome, yet Michelle gave me the attention and love vital in promoting a positive and succesful victory in halting the cancer. Unfortunatly, since her incarceration. I have been diagnosed with lung cancer and i have to begin a new fight once more using chemotherapy as a treatment. However, this round has not been as promising and after 2017 to 2020 of fighting the cancer has spread to several organs through out my body including my liver, kidneys, and spine. I am currently lying in my hospital room and my doctors are doing all they can, but they have diagnosed the cancer to be in terminal stages. At best I have only a couple months to live. I sincerely pray that my daughter's behavior and achievments will stand as a testiment for her desire and motivation not to repeat the same mistake that cost her the freedom she took for granted. Please give the kindest consideration in reviewing this petition for compassionate release of my daughter, as having Michelle at my bedside during my final days will be a blessing we both would be eternally grateful for. If you have any questions or concerns please feel free to contact me at my number    (214)545-7556   Thank you

    Sincerely, Michael Dunegan

P.S. since drafting this letter the cancer has slowed its progress for the time being. although not a cure. For sure a slightly better outlook. One again thank you Sincerely Michael Dunegan

Michael Dunegan
1311 Gary Dr.
Garland, Tx, 75041

NORTH TEXAS TX P&DC
DALLAS TX 750
12 NOV 2020 PM 10 L

Honorable Judge Reed O'Connor
501 West 10th Street Room 201
Fort Worth, TX, 76102-3673
Court room: 2nd floor

76102-36405